CATHARINE A. C. G. REHFELDT, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

(Submitted June 6, 1893 ; decided June 27, 1893.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made April 29, 1892, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Almet F. Jenks* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.

---

BRIDGET McDONALD, as Administratrix, etc., Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued June 6, 1893; decided June 27, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made March 29, 1892, which reversed an order denying a motion for a new trial.

*George F. Yeoman* for appellant.

*Albert H. Harris* for respondent.

Agree to affirm order, and for judgment absolute for defendant, on stipulation ; no opinion.

All concur, except ANDREWS, Ch. J., not voting.

Order affirmed, and judgment accordingly.